ALEXANDER B. CVITAN (SBN 81746),
(Email: alc@rac-law.com)
MARSHA M. HAMASAKI (SBN 102720), and
(Email: marshah@rac-law.com)
PETER A. HUTCHINSON (SBN 225399), Members of
(Email: peterh@rac-law.com)
REICH, ADELL & CVITAN, A Professional Law Corporation
3550 Wilshire Boulevard, Suite 2000
Los Angeles, California  90010-2421
Telephone:  (213) 386-3860; Facsimile:  (213) 386-5583

Attorneys for Plaintiff Construction Laborers Trust Funds for Southern California Administrative Company, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY, a Delaware limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>DONALD MARTINEZ, also known as DON MARTINEZ, an individual doing business as ALPHA 1 CONSTRUCTION;  SURETEC INSURANCE COMPANY, a Texas corporation;<br><br>Defendants. | CASE NO.: CV14-03514 SJO (PLAx)<br><br>REQUEST FOR SPECIAL APPOINTMENT TO SERVE PROCESS<br><br>[F.R.C.P. RULE 4.1(a)] |
| AND RELATED COUNTERCLAIMS. | |

      Plaintiff in the above action hereby requests that a registered California process server, (hereinafter referred to as "Process Server"), be specially appointed to serve any Writ of Attachment and/or Writ of Execution in this action and represents that:

      1.    Process Server is competent and not less than eighteen (18) years of age;

      2.    Process Server is not and will not be a party to this action;

      3.    The Process Server is a California process server duly registered in the

1 | County in which the Writ of Attachment and/or Writ of Execution will be
2 | served;
3 | 4. Granting this request will effect substantial savings in time and travel
4 | fees of the United States Marshal, who shall remain the levying officer
5 | pursuant to Local Rules 64-2 and 64-3 and California Code of Civil
6 | Procedures § 699.080.

DATED: April 28, 2015

Respectively submitted,
REICH, ADELL & CVITAN
A Professional Law Corporation

_____
MARSHA M. HAMASAKI
Attorneys for Plaintiff Construction
Laborers Trust Funds for Southern
California Administrative Company, LLC

#286337.1

2